

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR REHEARING

Appellate case name:      Bruce Egrim Joseph v**.**  The State of Texas

Appellate case number:   01-14-00737-CR

Trial court case number:  05-DCR-043408A

Trial court:              268th District Court of Fort Bend County

Date motion filed:      October 21, 2014

Party filing motion:    Appellant

     It is ordered that the motion for rehearing is **denied**.


Judge's signature: /s/ Jane Bland
                    Acting for the Court

Panel consists of Justices Higley, Bland, and Sharp.


Date:  November 13, 2014